# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KEVIN BROWN                                                                                          PLAINTIFF
ADC #133891

V.                                        NO: 3:15CV00039 JM/PSH

SUSAN COX *et al*                                                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Kevin Brown, who was formerly held at the Poinsett County Detention Center, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 30, 2015. On December 8, 2015, after receiving notice that plaintiff was no longer at his address of record, the Court entered an order directing plaintiff to file a notice of his current address within 30 days, and warning him that his failure to do so would result in the recommended dismissal of his complaint (docket entry 12). More than 30 days have passed, and plaintiff has not updated his address or otherwise responded to the order, and he is not listed as a current inmate on the Arkansas Department of Correction's public

website. Under these circumstances, the Court concludes that plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE