**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KEVIN BROWN                                                                                             PLAINTIFF
ADC #133891

V.                                         NO: 3:15CV00039 JM

SUSAN COX *et al*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE